THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILMA KNAPP,

    Plaintiff,

v.

SUSQUEHANNA VILLAGE FACILITY OPERATIONS, LLC,

    Defendant.

3:18-CV-1941
(JUDGE MARIANI)

## ORDER

AND NOW, THIS _____ DAY OF SEPTEMBER, 2019, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 6), for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge